IN THE UNITED STATES DISTRICT COURT FOR THE
MIDDLE DISTRICT OF TENNESSEE
NASHVILLE DIVISION

| | |
|---|---|
| TOWONA WRIGHT, ) | |
| ) | |
| Plaintiff, ) | |
| ) | |
| v. ) | Civil No. 3:05-0790 |
| ) | Judge Trauger |
| MASONITE INTERNATIONAL, ) | Magistrate Judge Knowles |
| ) | |
| Defendant. ) | |

## O R D E R

On April 20, 2007, the Magistrate Judge issued a Report and Recommendation, recommending that this case be dismissed without prejudice. (Docket No. 19) No timely objections have been filed. The Report and Recommendation is therefore **ACCEPTED** and made the findings of fact and conclusions of law of this court. For the reasons expressed therein, it is hereby **ORDERED** that the Defendant's Motion to Dismiss (Docket No. 15) is **DENIED**, and the plaintiff's Motion for a Voluntary Dismissal (Docket No. 17) is **GRANTED**. This case is **DISMISSED WITHOUT PREJUDICE**.

It is so **ORDERED.**

Enter this 15th day of May 2007.

_____
ALETA A. TRAUGER
U.S. District Judge